UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In the Matter of

Maria Ines Gonzalez,

an Attorney and Counselor-at-Law.

Respondent.

------------------------------------------------------------X

MC-07-410 (BMC)

ORDER

The Committee on Grievances has determined that no further disciplinary action is required. The docketing clerk is directed to mail a copy of the within to respondent and to close the within action.

SO ORDERED.

s/Hon. Brian M. Cogan
_____
Brian M. Cogan, U.S.D.J.
Chairman of the Committee on
Grievances, E.D.N.Y.

Dated: Brooklyn, New York
October 11, 2007